# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BANK OF NEW YORK MELLON,

        Plaintiff,

vs.

PAINTED DESERT COMMUNITY COMMUNITY ASSOCIATION, et al.,

        Defendants.

Case No. 2:17-cv-01466-JCM-CWH

**ORDER**

With good cause appearing, the Honorable C.W. Hoffman, Jr., recuses himself as the magistrate judge in this case. IT IS THEREFORE ORDERED that this matter is referred to the clerk of court for random reassignment of the magistrate judge only.

DATED: July 10, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**