**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BANK OF NEW YORK MELLON, | ) ) | Case No. 2:17-cv-01466-JCM-NJK |
| Plaintiff(s), | ) ) | |
| v. | ) ) | ORDER |
| PAINTED DESERT COMMUNITY ASSOCIATION, et al., | ) ) ) | |
| Defendant(s). | ) ) | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than August 4, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: July 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge