**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | Case No. 2:17-cv-01466-JCM-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| PAINTED DESERT COMMUNITY ASSOCIATION, et al., | (Docket No. 32) |
| Defendant(s). | |

Discovery closed in this case on December 6, 2017. Docket No. 24. At 7:55 p.m. on December 6, 2017, the parties filed a stipulation to extend the discovery cutoff and subsequent deadlines by 90 days, equivalent to a whopping 50% increase to the presumptively reasonable discovery period. *See* Docket No. 32; *see also* Local Rule 26-1(b)(1). The reasons provided are that Defendants Haus and Beros were unavailable to attend their depositions as noticed on December 1, 2017, and their responses to written discovery have been delayed by their counsel's change of office address. Docket No. 32 at 3. Such reasons justify at most a 14-day extension, not a 90-day extension. Accordingly, the stipulation to extend is **GRANTED** in part and **DENIED** in part, and the discovery cutoff is **EXTENDED** to December 20, 2017. **NO FURTHER EXTENSIONS WILL BE GRANTED**.

The Court does not herein extend any other deadlines.

IT IS SO ORDERED.

DATED: December 7, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge