ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA SCATURRO. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2004-J09, Mortgage Pass Through Certificates, Series 2004-J09*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-J09, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-J09; <br><br> Plaintiff, <br><br> vs. <br><br> PAINTED DESERT COMMUNITY ASSOCIATION; RON HAUS; EVA BEROU; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:17-cv-01466-JCM-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** <br><br> [FIRST REQUEST] |

44026796;1

1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

RON HAUS; EVA BEROU,

                Counterclaimants,

vs.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-J09, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-J09,

                Counterdefendant.

## **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2004-J09, Mortgage Pass Through Certificates, Series 2004-J09 (**BoNYM**), Defendants Ron Haus and Eva Berou (**Haus, Berou**) and Defendant Painted Desert Community Association (**HOA**) stipulate as follows:

1. BoNYM filed its motion for summary judgment on January 5, 2018. [ECF No. 34]. HOA filed it response to BoNYM's motion on January 25, 2018 [ECF No. 35] and Haus, Berou filed their response to motion on January 26, 2018 [ECF No. 36]. BoNYM's reply is currently due on February 9, 2018.

2. The parties hereby stipulate and agree BoNYM shall have fourteen (14) additional days to file its reply. The new deadline for BoNYM to file its reply in support of motion for summary judgment shall be February 23, 2018.

. . .

. . .

. . .

2

44026796;1

3. This is the first request for an extension of this deadline and is not made for purposes of undue delay. The additional time requested is to allow counsel to meaningfully respond to the arguments raised in each opposition.

Dated: February 6, 2018

| **AKERMAN LLP** | **AYON LAW, PLLC** |
|---|---|
| */s/Tenesa Scaturro Powell*_____<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA SCATURRO POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Ste. 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiff* | */s/Luis A. Ayon*_____<br>LUIS A. AYON, ESQ.<br>Nevada Bar No. 9752<br>8716 Spanish Ridge Avenue<br>Suite 115<br>Las Vegas, NV 89148<br><br>*Attorneys for Ron Haus and Eva Berou* |
| **ALVERSON TAYLOR MORTENSEN & SANDERS**<br><br>*/s/Kurt R. Bonds*_____<br>KURT R. BONDS, ESQ.<br>Nevada Bar No. 6228<br>ADAM R. KNECHT, ESQ.<br>Nevada Bar No. 13166<br>6605 Grand Montecito Parkway Ste. 200<br>Las Vegas, NV 89149<br><br>*Attorneys for Painted Desert Community Association* | |

## ORDER

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: February 8, 2018
_____

44026796;1