ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2004-J09, Mortgage Pass Through Certificates, Series 2004-J09*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-J09, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-J09;<br><br>Plaintiff,<br>vs.<br><br>PAINTED DESERT COMMUNITY ASSOCIATION; RON HAUS; EVA BEROU; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01466-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO ALTER OR AMEND JUDGMENT [ECF NO. 50]**<br><br>[FIRST REQUEST] |

1

46699316;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

| | |
|---|---|
| RON HAUS; EVA BEROU, | |
| Counterclaimants, | |
| vs. | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-J09, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-J09, | |
| Counterdefendant. | |

## STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO ALTER OR AMEND JUDGMENT [ECF NO. 50]

Plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2004-J09, Mortgage Pass Through Certificates, Series 2004-J09 (**BoNYM**), Defendants Ron Haus and Eva Berou (**Haus, Berou**) and Defendant Painted Desert Community Association (**HOA**) stipulate as follows:

1. BoNYM filed its motion to alter or amend judgment, on September 26, 2018. [ECF No. 50]. Haus, Berou filed its response to BoNYM's motion on October 10, 2018 [ECF No. 52]. BoNYM's reply is currently due on October 17, 2018.

2. The parties hereby stipulate and agree BoNYM shall have fourteen (14) additional days to file its reply. The new deadline for BoNYM to file its reply in support of motion to amend or alter judgment shall be **Wednesday, October 31, 2018.**

. . .

. . .

. . .

2

46699316;1

3. This is the first request for an extension of this deadline and is not made for purposes of undue delay. BoNYM's counsel has been unexpectedly out of the office dealing with a family emergency, necessitating the extension of time.

Dated: October 17, 2018

| **AKERMAN LLP** | **AYON LAW, PLLC** |
|---|---|
| */s/Tenesa Powell*_____<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Ste. 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiff* | */s/ Luis Ayon*_____<br>LUIS A. AYON, ESQ.<br>Nevada Bar No. 9752<br>8716 Spanish Ridge Avenue<br>Suite 115<br>Las Vegas, NV 89148<br><br>*Attorneys for Ron Haus and Eva Berou* |

## ORDER

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: October 22, 2018
_____