UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>                      Plaintiff,<br>     v.<br>PAINTED DESERT COMMUNITY ASSOCIATION, *et al.*,<br><br>                      Defendants. | Case No. 2:17-cv-01466-JCM-NJK<br><br>ORDER |

      Presently before the court is plaintiff Bank of New York Mellon's ("BNYM") motion to set aside the bill of costs. (ECF No. 74).

      On December 11, 2018, the court granted summary judgment in BNYM's favor. (ECF Nos. 66, 67). On December 24, 2018, BNYM filed a bill of costs that inadvertently identified the wrong defendant. *See* (ECF Nos. 69, 74). On January 29, 2019, the court's clerk taxed costs against the wrong defendant consistent with BNYM's bill of costs. (ECF No. 73). Now, BNYM requests that the court vacate the costs taxed on January 29, 2019, and grant leave for BNYM to file an amended bill of costs.

      Good cause appearing, the court will grant BNYM's motion pursuant to Federal Rule of Civil Procedure 60(a).

      Accordingly,

      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that BNYM's motion to set aside the bill of costs (ECF No. 74) be, and the same hereby is, GRANTED.

      IT IS FURTHER ORDERED that costs taxed (ECF No. 73) be, and the same hereby is, VACATED.

1

The clerk shall strike BNYM's bill of costs (ECF No. 69).

DATED THIS 5th day of April 2019.

                                                                              _____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE